IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. TDC-19-297 |
| | * |
| TIMOTHY WADE HAMILTON, | * |
| | * |
| Defendant. | * |
| | * |
| | * |

*******

## MOTION TO UNSEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Dana Brusca, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment in the above-captioned matter. The reasons for sealing no longer obtain.

**WHEREFORE**, the Government requests that the Indictment and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _Dana Brusca/bhw_
Dana J. Brusca
Assistant United States Attorney

**ORDERED** as prayed, this 28 day of January, 2020.

_____
Honorable Thomas DiGirolamo
United States Magistrate Judge