IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Criminal No. TDC-19-297** |
| v. | * | |
| **TIMOTHY HAMILTON,** | * | |
| **Defendant** | | |

******

## JOINT MOTION FOR CONTINUANCE

The United States of America and Timothy Hamilton (collectively, the "Parties") jointly move this Court for a sixty day continuance of the Sentencing in this matter, which is currently set for August 4, 2020 at 9:30 a.m. In support of the motion, the Parties state as follows:

1. On July 10, 2019, Defendant Timothy Hamilton entered a guilty plea to a two-count information charging conspiracy to commit health care fraud and conflicts of interest, in violation, of 18 U.S.C. §§ 1349 and 208, respectively. The defendant is currently on release.

2. The parties are seeking to postpone Mr. Hamilton's sentencing for a period of at least sixty days, in light of other, related proceedings, which are still pending. More information regarding the other proceedings is provided in the sealed Supplement to this motion.

3. Mr. Hamilton joins this motion and believes that it will be beneficial to have the related proceedings resolved prior to Mr. Hamilton's sentencing.

4. Mr. Hamilton also requests that this Court schedule any sentencing in this matter as a virtual proceeding, as opposed to an in-person sentencing, in light of COVID-19, for the reasons more fully articulated in the sealed Supplement to this motion.

5. Accordingly, the Parties jointly request a sixty day continuance of the August 4, 2020 sentencing date and ask that the Court order the Supplement to this motion Sealed.

Respectfully submitted,

ROBERT K. HUR
UNITED STATES ATTORNEY

      /s/
Harry M. Gruber
Dana Brusca
Assistant United States Attorneys
36 S. Charles St., 4th Floor
Baltimore, MD 21201
harry.gruber@usdoj.gov
(410) 209-4835

*Counsel for the United States*

      /s/
Martin S. Himeles, Jr. (Fed. Bar No. 03430)
Zuckerman Spaeder LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
mhimeles@zuckerman.com
(410) 949-1144

*Counsel for the Defendant*